UNITED STATES DISTRICT COUTRT
SOUTHERN DISTRICT OF FLORIDA

JOHN DOE, individually and on behalf of all
others similarly situated,

    Plaintiff,                                      Case No. 1:25-cv-25202

v.

CURALEAF, INC.,

    Defendant.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Arun Ravindran, Esq. of Ravindran Law Firm, PLLC, hereby enters an appearance in this matter as counsel of record for Plaintiff, JOHN DOE, individually and on behalf of all others similarly situated, and requests the copies of all pleadings and documents filed with or issues with regard to the above-captioned case be sent to the undersigned.

Dated: November 12, 2025

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2025, a true and correct copy of the foregoing has been electronically filed with the Clerk Court and served via electronic mail through the Florida Courts E-Portal system on all counsel of record.

By: */s/ Arun Ravindran*_____
Arun Ravindran, Esq. (66247)
E-Mail: arun@ravindranlaw.com
**RAVINDRAN LAW FIRM, PLLC**
2525 Ponce de Leon Blvd., Suite 300
Coral Gables, FL 33134
Telephone: 305.677.8713
*Counsel for Plaintiff*

1