## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br>vs.<br><br>CURALEAF, INC.,<br><br>    *Defendant*. | Case No. 1:25-cv-25202 |

### PLAINTIFF'S MOTION TO FILE UNDER SEAL

1. On November 8, 2025, Plaintiff John Doe initiated this action against Curaleaf, Inc., and indicated his intent to proceed pseudonymously. *See* ECF No. 1 ("Compl."), fn. 1.

2. On November 10, 2025, this Court issued an order dictating that, "[o]n or before November 17, 2025, Plaintiff shall file a disclosure statement under seal which provides the named Plaintiff's identity." *See* ECF No. 4.

3. Pursuant to this Court's directive, Plaintiff's counsel attempted to submit a disclosure statement under seal on November 17, 2025. Despite this Court's order on November 10, 2025, Plaintiff's counsel was unable to file that document under seal, receiving instead the following notification from CM/ECF:

> **Motion to Seal/Sealed and Exparte Filings:**
> 1:25-cv-25202-DPG Doe v. Curaleaf, Inc.
> **NOTE: NO ORDER ON MOTION TO SEAL FOUND!!! You cannot proceed. As applicable, please FILE the MOTION TO SEAL - BEFORE filing the Sealed Document.**

4. This message appears to be occurring because CM/ECF is not able to decipher that the Court has in fact authorized a sealed filing. ECF No. 4.

5. As a result, to comply with this Court's directive on November 10, 2025, Plaintiff respectfully requests that the Court enter an order granting Plaintiff's counsel leave to file the disclosure statement with the Plaintiff's identity under seal.

6. A redacted version of the disclosure statement is filed hereto as Exhibit A.

7. There is no opposition to this motion as it is being filed to comply with the Court's directives and prior to the appearance of Defendant Curaleaf.

Dated: November 17, 2025

Respectfully submitted,

MARCUS RASHBAUM PINEIRO & MEYERS LLP
By: *__Michael A. Pineiro__*
Michael A. Pineiro, Esq.
Florida Bar No. 41897
mpineiro@mrpfirm.com
Christopher R. Reilly, Esq.
Florida Bar No. 1025097
creilly@mnrpfirm.com

One Biscayne Tower
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Telephone: (305) 400-4260

RAVINDRAN LAW FIRM, PLLC
Arun Ravindran, Esq.
Florida Bar No. 66247
arun@ravindranlaw.com
2525 Ponce de Leon Blvd., Suite 300
Miami, Florida 33134
Telephone: (305) 677-8713