# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | Case No. 1:25-cv-25202 |
| vs. | |
| CURALEAF, INC., | |
| *Defendant*. | |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to ECF No. 4, Plaintiff John Doe submits the following identification information under seal.

[REDACTED]

[REDACTED]

Dated: November 17, 2025

Respectfully submitted,

MARCUS RASHBAUM PINEIRO & MEYERS LLP
By: *Christopher R. Reilly*
Christopher R. Reilly, Esq.
Florida Bar No. 1025097
creilly@mnrpfirm.com
Michael A. Pineiro, Esq.
Florida Bar No. 41897
mpineiro@mrpfirm.com
One Biscayne Tower
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Telephone: (305) 400-4260

RAVINDRAN LAW FIRM, PLLC
Arun Ravindran, Esq.
Florida Bar No. 66247
arun@ravindranlaw.com
2525 Ponce de Leon Blvd., Suite 300
Miami, Florida 33134

2

Telephone: (305) 677-8713