**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:25-cv-25202-DPG

JOHN DOE, et al.,

        Plaintiffs,

v.

CURALEAF, INC.,

        Defendant.

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF KRISTER RASMUSSEN AS COUNSEL FOR DEFENDANT CURALEAF, INC.**

**THIS MATTER** came before the Court upon the Motion to Withdraw Krister Rasmussen as counsel for Defendant Curaleaf, Inc.. The Court has carefully reviewed the Motion, the docket, and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1.      The Motion is **GRANTED**. Krister Rasmussen shall be removed as counsel for Defendant Curaleaf, Inc. in this case.

2.      The Clerk shall remove Krister Rasmussen from the CM/ECF roster in this case.

**It Is So Ordered This _____** day of _____, 2026.

_____
U.S. DISTRICT COURT JUDGE

Copies furnished to Counsel of Record